Case Name: KAISER, MICHAEL J.
                KAISER, LYDIA
Case No:    07-72943

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: January 22, 2009            WILLIAM T. NEARY
                                          United States Trustee, Region 11

                                BY:   */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee