IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
KAISER, MICHAEL J
KAISER, LYDIA

CHAPTER 7 -- Liquidation

CASE NO. 07-72943 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-5652

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   FEBRUARY 23, 2009
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 68.18 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 6,375.00 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 2,250.34 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $        15,003.42

    b. Disbursements                         $             0.00

    c. Net Cash Available for Distribution   $        15,003.42

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $6,309.90, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $31,907.81, resulting in an approximate distribution of 19.78% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: January 20, 2009                             For the Court,

                                                   By: /s/ BERNARD J NATALE

                                                   Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Jan 23, 2009
Case: 07-72943                Form ID: pdf002            Total Served: 54


The following entities were served by first class mail on Jan 25, 2009.
db           +Michael J Kaiser,    3209 West Kinley Blvd,    Mchenry, IL 60050-8278
jdb          +Lydia Kaiser,    3209 West Kinley Blvd,    Mchenry, IL 60050-8278
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
               Crystal Lake, IL 60014-8155
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13072660     +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11785662     +Aams Llc,    4800 Mills Civic Pkwy St,    West Des Moines, IA 50265-5263
11785663     +Academy Collection Service, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3294
11785664      Allied Int,    3000 Corporate Roa,    Columbus, OH 43231
11785666      Bank of America,    Nc4-105-03-14,    4161 Peidmont Pwy,    Greensboro, NC 27420
11785667     +Bluegreen Resorts Management, Inc.,    Villas at Christmas Mountain,    PO Box 105192,
               Atlanta, GA 30348-5192
11785668    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
              (address filed with court: Cach Llc,     370 17th St Ste 5000,    Denver, CO 80202)
11785670     +Centegra Health System,    P.O. Box 1990,    Woodstock, IL 60098-1990
11785669     +Centegra Health System,    P.O. 5995,    Peoria, IL 61601-5995
11785671     +Centegra Northern Illinois Med Ctr,    4201 Medical Center Drive,    Mchenry, IL 60050-8499
11785672     +Centegra Primary Care LLC,    13707 W. Jackson Street,    Woodstock, IL 60098-3188
11785673     +Centregra Northern Illinois Med Ctr,    4201 Medical Center Drive,    Mchenry, IL 60050-8499
11985592     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11785674     +Citi Financial Mortgage,    Po Box 140069,    Irving, TX 75014-0069
12685420      Citifinancial Inc,    P O Box 70919,    Charlotte, NC 28272-0919
11785675     +Crystal Lake Othopaedic Surgery,    %Certified Services Inc,    PO Box 177,
               Waukegan, IL 60079-0177
11785676     +Dependon Collection Se,    120 W 22d St  Ste 360,    Oakbrook, IL 60523-4070
11785679     +EMCC,    33 Riverside Drive,    Pembroke, MA 02359-1954
11785678     +Eagle Recovery Associates, Inc.,    424 SW Washington,    Peoria, IL 61602-5147
11785680     +First Resolution Inves,    Po Box 34000,    Seattle, WA 98124-1000
11785681     +Freedman, Anselmo,Lindberg & Rappe,    1807 West Diehl Road,    Suite 333,
               Naperville, IL 60563-1890
11785682     +Hudson & Keyse Llc,    382 Blackbrook Rd,    Painesville, OH 44077-1217
11785683     +Illinois Pain Institute,    431 Summit Street,    Elgin, IL 60120-3861
11785685     +Lake McHenry Pathology Associates,    Northern Illinois Medical Center,
               4201 Medical Center Drive,    Mchenry, IL 60050-8499
11785687      MHS Physician Services,    PO Box 5081,    Janesville, WI 53547-5081
11785686     +McHenry Radiology & Imaging,    P.O. Box 220,    Mchenry, IL 60051-0220
11785688     +NAFS,    165 Lawrence Bell Drive, STE 100,    Williamsville, NY 14221-7896
11785689     +National Asset Recovery, Inc.,    2880 Dresden Drive, Suite 200,    Atlanta, GA 30341-3920
11785690     +Nelson, Watson & Associates, LLC,    80 Merrimack Street,    Lower Level,
               Haverhill, MA 01830-5211
11785691     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11785692     +Osi Collection Service,    1375 E Woodfield Rd Ste,    Schaumburg, IL 60173-6068
11785695     +Sst/columbus,    4315 Pickett,    Saint Joseph, MO 64503-1600
11785696     +The Center for Neurology,    750 W. Terra Cotta Ave, Suite A,    Crystal Lake, IL 60014-3621
11785697     +Trscigpfcorp,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
11785698     +Van Ru Crdt,    10024 Skokie Blvd,    Skokie, IL 60077-1037
11785699     +Wells Fargo Home Mortgage,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
11785700     +Wolpoff & Abramson LLP,    Two Irvington Centre,    702 King Farm Blvd,    Rockville, MD 20850-5774
The following entities were served by electronic transmission on Jan 23, 2009.
11785661     +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/R Concepts, Inc.,
               2320 Dean St. Bldg. 2-202,    Saint Charles, IL 60175-1068
11785660     +E-mail/Text: KM@ARCONCEPTSINC.COM                            A/r Concepts,    2320 Dean St Suite 202,
               Saint Charles, IL 60175-1068
11785665     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
11920908      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2009 02:25:30
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11785677     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2009 02:25:30      Discover Financial,
               Po Box 3025,    New Albany, OH 43054-3025
11785684     +E-mail/PDF: cr-bankruptcy@kohls.com Jan 24 2009 02:24:59      Kohls,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-5660
12076451      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12076447      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11914095      E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2009 22:51:32
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11923831     +E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2009 22:51:15
               Recovery Management Systems Corporation,    For Capital Recovery One,
               As Assignee of CHASE MANHATTAN BANK,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
11923850     +E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2009 22:53:54
               Recovery Management Systems Corporation,    For Capital Recovery One,
               As Assignee of MARYLAND NATIONAL BANK,N.,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
11785693     +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service/Sherman Acquis,    Po Box 10587,    Greenville, SC 29603-0587
11785694     +E-mail/Text: ebn@phinsolutions.com                            Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
                                                                                               TOTAL: 13
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jan 23, 2009
Case: 07-72943                Form ID: pdf002            Total Served: 54

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2009**            **Signature:**   _Joseph Speetjens_