UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KAISER, MICHAEL J<br>KAISER, LYDIA<br><br>Debtor(s) | § Case No. 07-72943<br>§<br>§<br>§ |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,165.00 | Assets Exempt: 31,165.00 |
| Total Distribution to Claimants: 6,311.19 | Claims Discharged<br>Without Payment: -62,710.73 |
| Total Expenses of Administration: 8,693.52 | |

3) Total gross receipts of $ 15,004.71 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,004.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $112,940.00 | $9,539.53 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 8,693.52 | 8,693.52 | 8,693.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 31,331.96 | 34,748.03 | 34,748.03 | 6,311.19 |
| **TOTAL DISBURSEMENTS** | $144,271.96 | $52,981.08 | $43,441.55 | $15,004.71 |

4) This case was originally filed under Chapter 7 on November 30, 2007. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2009          By: /s/BERNARD J. NATALE
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 3209 Kinley Blvd., Mchenry. Il 60050 | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 4.71 |
| **TOTAL GROSS RECEIPTS** | | **$15,004.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial Inc | 4110-000 | unknown | 9,539.53 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | 4110-000 | 112,940.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$112,940.00** | **$9,539.53** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 68.18 | 68.18 | 68.18 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 6,375.00 | 6,375.00 | 6,375.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,250.34 | 2,250.34 | 2,250.34 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $8,693.52 | $8,693.52 | $8,693.52 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | unknown | 4,478.29 | 4,478.29 | 885.79 |
| Recovery Management Systems Corporation | 7100-000 | unknown | 14,597.64 | 14,597.64 | 2,887.33 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | unknown | 2,585.07 | 2,585.07 | 511.31 |
| Chase Bank USA,N.A | 7100-000 | unknown | 824.98 | 824.98 | 163.18 |
| Crystal Lake Othopaedic Surgery | 7100-000 | unknown | 605.40 | 605.40 | 119.74 |
| LVNV Funding LLC assignee of Citibank | 7100-000 | unknown | 4,481.19 | 4,481.19 | 886.35 |
| LVNV Funding LLC | 7100-000 | unknown | 780.59 | 780.59 | 154.40 |
| LVNV Funding LLC | 7100-000 | unknown | 1,705.74 | 1,705.74 | 337.39 |
| LVNV Funding LLC | 7100-000 | unknown | 716.97 | 716.97 | 141.81 |
| LVNV Funding LLC | 7100-000 | unknown | 1,131.94 | 1,131.94 | 223.89 |
| American InfoSource LP as agent for | 7200-000 | unknown | 2,840.22 | 2,840.22 | 0.00 |
| Bank of America | 7100-000 | 2,784.00 | N/A | 0.00 | 0.00 |
| Bluegreen Resorts Management Inc | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Cach LLC | 7100-000 | 2,585.00 | N/A | 0.00 | 0.00 |
| Centegra Health System | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Centegra Northern Illinois Medical Center | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Centegra Primary Care LLC | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Dependon Collection Service | 7100-000 | 500.00 | N/A | 0.00 | 0.00 |
| First Resolution Investment | 7100-000 | 3,339.00 | N/A | 0.00 | 0.00 |
| Hudson & Keyse LLC | 7100-000 | 3,515.00 | N/A | 0.00 | 0.00 |
| Illinois Pain Institute | 7100-000 | 69.00 | N/A | 0.00 | 0.00 |
| Kohls | 7100-000 | 824.00 | N/A | 0.00 | 0.00 |
| Lake McHenry Pathology Associates | 7100-000 | 12.10 | N/A | 0.00 | 0.00 |
| MHS Physician Services | 7100-000 | 4,481.00 | N/A | 0.00 | 0.00 |
| RJM ACQ LLC | 7100-000 | 7,678.00 | N/A | 0.00 | 0.00 |
| SST/Columbus | 7100-000 | 2,760.00 | N/A | 0.00 | 0.00 |
| The Center for Neurology | 7100-000 | 366.86 | N/A | 0.00 | 0.00 |
| TRSCIGPFCORP | 7100-000 | 2,418.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $31,331.96 | $34,748.03 | $34,748.03 | $6,311.19 |

**UST Form 101-7-TDR (4/1/2009)**

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-72943 MB  
Case Name: KAISER, MICHAEL J  
KAISER, LYDIA  
Period Ending: 04/24/09

Trustee: (330370) BERNARD J. NATALE  
Filed (f) or Converted (c): 11/30/07 (f)  
§341(a) Meeting Date: 01/10/08  
Claims Bar Date: 04/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3209 Kinley Blvd., Mchenry. Il 60050<br>TRUSTEE HAS FILED OBJECTION TO<br>CO-DEBTOR'S CLAIM OF EXEMPTION IN<br>HOMESTEAD. ORDER WAS GRANTED ON 5/7/08 | 171,337.00 | 17,703.00 | | 15,000.00 | FA |
| 2 | Cash with debtor | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with First National Bank, McHenr | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with First National Bank, McHenr | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household goods with debtors | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. books and CD's with debtors | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. cloths with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. rifles and sporting equipment with debtor | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life insurance with National Guardian Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) through Durex Industries, Cary, IL | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1993 Chrysler LeBaron with 76,000 miles | 1,075.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.71 | FA |
| 12 | Assets   Totals (Excluding unknown values) | $187,502.00 | $17,703.00 | | $15,004.71 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE OBJECTED TO MRS. KAISER HOMESTEAD EXEMPTION. AWAITING COURTS DECISION TO OBJECTION.

Initial Projected Date Of Final Report (TFR):   December 31, 2008     Current Projected Date Of Final Report (TFR):   January 20, 2009  (Actual)

Printed: 04/24/2009 01:32 PM    V.11.12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-72943 MB | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- |
| Case Name: | KAISER, MICHAEL J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KAISER, LYDIA | Account: | ***-*****74-65 - Money Market Account |
| Taxpayer ID #: | 54-6798988 | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/24/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/23/08 | {1} | MICHAEL KAISER | COMPROMISE/REAL ESTATE | 1110-000 | 15,000.00 | | 15,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.31 | | 15,000.31 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 1.78 | | 15,002.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.33 | | 15,003.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.73 | | 15,004.15 |
| 02/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0600% | 1270-000 | 0.56 | | 15,004.71 |
| 02/23/09 | | To Account #********7466 | Transfer for Final Distribution | 9999-000 | | 15,004.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,004.71 | 15,004.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,004.71 | |
| | | | Subtotal | | 15,004.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,004.71 | $0.00 | |

{} Asset reference(s)

Printed: 04/24/2009 01:32 PM V.11.12

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-72943 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | KAISER, MICHAEL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KAISER, LYDIA | | Account: | ***-*****74-66 - Checking Account |
| Taxpayer ID #: | 54-6798988 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/24/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/09 | | From Account #*******7465 | Transfer for Final Distribution | 9999-000 | 15,004.71 | | 15,004.71 |
| 02/25/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,250.34, Trustee Compensation; Reference: | 2100-000 | | 2,250.34 | 12,754.37 |
| 02/25/09 | 102 | Discover Bank/DFS Services LLC | Distribution paid 19.77% on $4,478.29; Claim# 1; Filed: $4,478.29; Reference: 1317 | 7100-000 | | 885.79 | 11,868.58 |
| 02/25/09 | 103 | Recovery Management Systems Corporation | Distribution paid 19.77% on $14,597.64; Claim# 2; Filed: $14,597.64; Reference: 7856 | 7100-000 | | 2,887.33 | 8,981.25 |
| 02/25/09 | 104 | Recovery Management Systems Corporation | Distribution paid 19.77% on $2,585.07; Claim# 3; Filed: $2,585.07; Reference: 3322 | 7100-000 | | 511.31 | 8,469.94 |
| 02/25/09 | 105 | Chase Bank USA,N.A | Distribution paid 19.77% on $824.98; Claim# 4; Filed: $824.98; Reference: 3857 | 7100-000 | | 163.18 | 8,306.76 |
| 02/25/09 | 106 | Crystal Lake Orthopaedic Surgery | Distribution paid 19.77% on $605.40; Claim# 5; Filed: $605.40; Reference: 0368 | 7100-000 | | 119.74 | 8,187.02 |
| 02/25/09 | 107 | LVNV Funding LLC assignee of Citibank | Distribution paid 19.77% on $4,481.19; Claim# 6; Filed: $4,481.19; Reference: 9360 | 7100-000 | | 886.35 | 7,300.67 |
| 02/25/09 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 6,443.18 | 857.49 |
| | | | Dividend paid 100.00% on $6,375.00; Claim# ATTY; Filed: $6,375.00 | 3110-000 | 6,375.00 | | 857.49 |
| | | | Dividend paid 100.00% on $68.18; Claim# EXP; Filed: $68.18 | 3120-000 | 68.18 | | 857.49 |
| 02/25/09 | 109 | LVNV Funding LLC | Combined Check for Claims#7,8,9,10 | | | 857.49 | 0.00 |
| | | | Dividend paid 19.77% on $780.59; Claim# 7; Filed: $780.59; Reference: 8766 | 7100-000 | 154.40 | | 0.00 |
| | | | Dividend paid 19.77% on $1,705.74; Claim# 8; Filed: $1,705.74; Reference: 0356 | 7100-000 | 337.39 | | 0.00 |
| | | | Dividend paid 19.77% on $716.97; Claim# 9; Filed: $716.97; Reference: 9271 | 7100-000 | 141.81 | | 0.00 |
| | | | Dividend paid 19.77% on $1,131.94; Claim# 10; Filed: $1,131.94; Reference: 1547 | 7100-000 | 223.89 | | 0.00 |

Subtotals : $15,004.71   $15,004.71

() Asset reference(s)

Printed: 04/24/2009 01:32 PM   V.11.12

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-72943 MB | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | KAISER, MICHAEL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KAISER, LYDIA | | Account: | ***-*****74-66 - Checking Account |
| Taxpayer ID #: | 54-6798988 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/24/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,004.71 | 15,004.71 | $0.00 |
| | | | Less: Bank Transfers | | 15,004.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,004.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15,004.71 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***.*****74-65 | 15,004.71 | 0.00 | 0.00 |
| Checking # ***.*****74-66 | 0.00 | 15,004.71 | 0.00 |
| | $15,004.71 | $15,004.71 | $0.00 |